UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERI VANANTWERP,<br><br>      Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD, INC.<br><br>      Defendant. | Case No. 1:17-cv-160<br><br>Hon. Janet T. Neff |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Jeri VanAntwerp, by and through her counsel, Westbrook Law PLLC, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of dismissal of this action, with prejudice and without costs to any party.

Respectfully submitted,

Dated:  April 17, 2017

/s/ Theodore J. Westbrook
Theodore J. Westbrook
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
twestbrook@westbrook-law.net